IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL EMERGENCY SERVICES, | ) | Case No. 4:07CV00013 |
| | ) | |
| Appellant, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BUDDY E. WILLIAMS, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Appellee. | ) | |

Before me is an Appeal from the United States Bankruptcy Court for the Western District of Virginia by Appellant National Emergency Services. A hearing was held before this Court on June 12, 2007. Pursuant to the *Memorandum Opinion* entered contemporaneously herewith, I hereby **AFFIRM** the Judgment of the Bankruptcy Court and **DISMISS** this case from the docket of this Court.

The Clerk of the Court is hereby directed to send a certified copy of this *Order* and the cited *Memorandum Opinion* to the Bankruptcy Court and to all counsel of record.

Entered this 19th day of June, 2007.

s/Jackson L. Kiser
Senior United States District Judge